IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE SHERMAN,

      Plaintiff,                    No. CIV S-07-0228 GEB CMK P

   vs.

ROBERT DYNES, et al.,

      Defendant.              <u>ORDER FOR PAYMENT</u>

                                      /     OF INMATE FILING FEE

To: The Sheriff of Yolo County, Attention: Inmate Trust Account, 41793 Gibson Road, Woodland, California 95776:

        Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The The Sheriff of Yolo County is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

///

///

///

1

1         Good cause appearing therefore, IT IS HEREBY ORDERED that:

2         1. The Sheriff of Yolo County or a designee shall collect monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2) until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.

        2. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on Sheriff of Yolo County, Attention: Inmate Trust Account, 41793 Gibson Road, Woodland, California 95776.

        3. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: March 13, 2007.

                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE