1

2

3

4

5               IN THE UNITED STATES DISTRICT COURT

6              FOR THE EASTERN DISTRICT OF CALIFORNIA

7  JOE SHERMAN,

8          Plaintiff,              2:07-cv-0228-GEB-CMK-P

9      vs.

10 ROBERT DYNES, et al.,

11         Defendants.              <u>ORDER</u>

12 _____/

13          On March 20, 2007, plaintiff filed a request for reconsideration of the magistrate

14 judge's order filed March 14, 2007, dismissing the plaintiff's complaint, with leave to file an

15 amended complaint.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be

16 upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court

17 finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary

18 to law.

19          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of

20 the magistrate judge filed March 14, 2007, is affirmed.

21 Dated:  April 20, 2007

22

23                          _____
                            GARLAND E. BURRELL, JR.
24                          United States District Judge

25

26